# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 97-1860

_____

Melvin Leroy Tyler,

        Appellant,

v.

John Ashcroft; Dick Moore;
James Purkett; Robert J. Krehbiel;
Mel Carnahan; Dora Schriro;
Pedro Cayabyab,

        Appellees.

Appeal from the United States
District Court for the
Eastern District of Missouri.

[UNPUBLISHED]

_____

Submitted: August 13, 1999
Filed: August 18, 1999

_____

Before BEAM, LOKEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Melvin Leroy Tyler appeals from numerous district court orders dismissing parties and claims, and from the judgment entered against him by the district court[1] after a bench trial on his retaliation-related 42 U.S.C. § 1983 claims. Appellant argues the entire United States Court of Appeals for the Eighth Circuit should disqualify itself

_____

[1]The Honorable E. Richard Webber, United States District Judge for the Eastern District of Missouri.

because it has demonstrated bias and prejudice against him; he has also filed a motion with this court asking that it recuse itself. Under 28 U.S.C. § 455(a), a federal judge should disqualify himself or herself "in any proceeding in which his [or her] impartiality might reasonably be questioned." Appellant cites to numerous cases in which this court has ruled against him; however, he otherwise does not provide a reason compelling this entire court to recuse itself from hearing this appeal, nor does he explain why a reasonable observer would question this court's impartiality. Thus, we reject his request. See In re Kansas Pub. Employees Retirement Sys., 85 F.3d 1353, 1358 (8th Cir. 1996) (describing standard for recusal under § 455); Hale v. Firestone Tire & Rubber Co., 756 F.2d 1322, 1329 (8th Cir. 1985). After careful review of the record and the parties' submissions on appeal, we believe that appellant's other arguments are also without merit and that a full opinion would serve no precedential value. See 8th Cir. R. 47B. Appellant's pending motions are denied.

Accordingly, the judgment is affirmed.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

-2-